## ASSIGNMENT OF LEASES AND AGREEMENTS

THIS ASSIGNMENT OF LEASES AND AGREEMENTS is made and entered into on this the 21st day of August, 2006 by and between ALMA ENERGY, LLC, a Virginia Limited Liability Company ("Assignor") and KENTUCKY COAL VENTURE I, LLC, a Delaware Limited Liability Company, ("Assignee").

### WITNESSETH:

WHEREAS, pursuant to the Framework Agreement entered into between the parties on August 9th, 2006 Assignor is conveying to Assignee, all of its rights, title and interest in the coal mining leases and other coal mining agreements that it currently holds;

WHEREAS, Assignor is the Lessee under those certain leases and tenancies (the "Leases") and is the holder of various contractual rights pursuant to the Agreements described in Exhibit "A" attached hereto and made a part hereof;

WHEREAS, Assignor has the full right to assign the Leases and Agreements; and

WHEREAS, Assignor desires to convey, transfer and assign to Assignee all of Assignor's right, title and interest in and to each of the Leases and Agreements listed on Attachment "A" hereto.

NOW THEREFORE, for an in consideration of the covenants and conditions herein contained and for other good and valuable consideration, the receipt and sufficiency of which is hereby acknowledged, Assignor and Assignee hereby agree as follows:

1. Assignor does hereby sell, transfer, convey and assign to Assignee all of the Assignor's right, title and interest under each of the Leases and Agreements described on Exhibit "A" and Assignee accepts same.

2. Upon execution of this assignment, Assignor shall obtain any and all necessary consents for the assignment of the Leases and Agreements and shall provide proper documentation to the Assignee of said consent to assignment.

3. Assignee shall remain liable for any and all payments due to the Lessors under each of these Leases and to any other party to the Agreements listed on Attachment "A" hereto. Assignor does agree to indemnify and hold harmless Assignee for any payments that are due and payable and/or are to be paid in the future pursuant to the terms of each individual Lease and each individual Agreement.

4. This Assignment shall be binding upon and inure to the benefit of the respective successors and assigns of each of the parties hereto.

IT WITNESS WHEREOF, the parties hereto have executed this Assignment of Leases and Agreements on the date above written.

ASSIGNOR:
ALMA ENERGY, LLC

BY: /s/ Nathan Williams
ITS: member

ASSIGNEE
KENTUCKY COAL VENTURE I, LLC
By: THC Kentucky Coal Venture I, LLC,
    Manager

BY: /s/ Warren E. Halle
ITS: President

STATE OF _Ky_

COUNTY OF _Pike_

Subscribed, sworn to and acknowledged before me by _Nathan Williams_ as _Member_ of ALMA ENERGY, LLC this the _21st_ day of _August_, 2006

My Commission Expires: _9-9-2006_

_Tammy Chapman_
NOTARY PUBLIC, STATE AT LARGE


STATE OF _Maryland_

COUNTY OF _Anne Arundel_

Subscribed, sworn to and acknowledged before me by Warren E. Halle as President of THC KENTUCKY COAL VENTURE I, LLC, Manager of KENTUCKY COAL VENTURE I, LLC this the _21st_ day of _August_, 2006

My Commission Expires: _11/1/2008_

SHEILA ANN SCARELLI
NOTARY PUBLIC STATE OF MARYLAND
My Commission Expires November 1, 2008

_Sheila Ann Scarelli_
NOTARY PUBLIC, STATE AT LARGE

1. Assignor does hereby sell, transfer, convey and assign to Assignee all of the Assignor's right, title and interest under each of the Leases and Agreements described on Exhibit "A" and Assignee accepts same.

2. Upon execution of this assignment, Assignor shall obtain any and all necessary consents for the assignment of the Leases and Agreements and shall provide proper documentation to the Assignee of said consent to assignment.

3. Assignee shall remain liable for any and all payments due to the Lessors under each of these Leases and to any other party to the Agreements listed on Attachment "A" hereto. Assignor does agree to indemnify and hold harmless Assignee for any payments that are due and payable and/or are to be paid in the future pursuant to the terms of each individual Lease and each individual Agreement.

4. This Assignment shall be binding upon and inure to the benefit of the respective successors and assigns of each of the parties hereto.

IT WITNESS WHEREOF, the parties hereto have executed this Assignment of Leases and Agreements on the date above written.

| ASSIGNOR: | ASSIGNEE |
|---|---|
| ALMA ENERGY, LLC | THC KENTUCKY COAL VENTURE I, LLC |
| BY: _Joe B Street_ (signature) | BY: _____ |
| ITS: _Mgr Past Member_ | ITS: _____ |

STATE OF _Kentucky_

COUNTY OF _Pike_

    Subscribed, sworn to and acknowledged before me by _Joe Street_ as _managing Member_ of ALMA ENERGY, LLC this the _5th_ day of _August_, 2006

    My Commission Expires: _2-25-2010_

*Margaret T. Yuhas*
NOTARY PUBLIC, STATE AT LARGE

STATE OF _____

COUNTY OF _____

    Subscribed, sworn to and acknowledged before me by _____ as _____ of THC KENTUCKY COAL VENTURE I, LLC this the ___ day of _____, 2006

    My Commission Expires: _____

NOTARY PUBLIC, STATE AT LARGE

# EXHIBIT A

1. Partial Assignment and Assumption Agreement dated June 28, 2005 from Martin County Coal Corporation to Alma Energy, LLC. Assignor obtained its rights pursuant to an Amended and Restated Lease dated February 22, 1993 from Pocahontas Development Corporation.

2. Partial Assignment and Assumption Agreement dated June 29, 2006 from Martin County Coal Corporation to Alma Energy, LLC. Assignor obtained its rights pursuant to an Amended and Restated Lease dated February 22, 1993 from Pocahontas Development Corporation.

3. Permit Transfer Agreement dated June 29, 2006 from Stone Mining Company to Nathan's Welding, LLC, which transfers Kentucky Surface Coal Mining and Reclamation Permit No. 898-5758 to Nathan's Welding, LLC.

4. Permit Agreement between Nathan's Welding, LLC and Alma Energy, LLC dated June 29, 2006 giving Alma Energy, LLC the irrevocable right to mine, by itself or its designees, on all permits held by Nathan's Welding, LLC.