**HILL & ASSOCIATES** INC.
MANAGEMENT CONSULTANTS

PAID
By wire transfer

# Invoice

| Date | Invoice # |
|------|-----------|
| 11/21/2006 | 12594 |

**Bill To**

Kentucky Coal Venture LLC
Darrell Williams
P.O. Box 895
Belfry, KY 41514

**Ship To**

| Rep | Ship Via |
|-----|----------|
| JT | |

| Description | Amount US$ |
|-------------|-----------|
| | 5,000.00 |
| Alma Energy Met Coal Outlook | |

Thank you for your support of Hill & Associates, Inc.

| | |
|---|---|
| **Total** | $5,000.00 |

Federal Tax I.D. #52-1223268

| | |
|---|---|
| **Balance Due** | $0.00 |

222 SEVERN AVENUE * ANNAPOLIS, MARYLAND 21403
PHONE: (410) 263-6616 * FAX: (410) 268-0923
www.hillandassoc.com

# A Short Overview
# of the Sales Potential
# for Alma Energy's
# Acquisition Targets

**Prepared by**

**Hill & Associates, Inc.**

**For Alma Energy**

**November 2006**



# A Short Overview of the Sales Potential for
# Alma Energy's Acquisition Targets

## INTRODUCTION

Alma Energy is investigating three properties as possible acquisition targets:

1. CAM - Point Rock, Pike County, KY
2. Massey -  Rawl Sales, Mingo County, WV
3. Appalachian Fuels – Min Inc., Mingo County, WV

Alma Energy has hired Hill & Associates, Inc. to provide a brief summary of the potential markets for high-vol met coal and stoker coal that could be produced from these properties.

## HIGH VOL COKING COAL PRODUCERS

U.S. coal producers mine about 50 million tons of met coal per year. The high-vol portion represents about 54% of the total met production in the U.S., as shown in Figure 1.

**Figure 1**
**Total U.S. Met Production by Volatility Type**



The largest producers of high-vol met coal in the U.S. are Massey, Peabody, Alpha, Arch and TECO.  These companies control roughly 60% of the market share.

## HV COAL QUALITY AT THREE TARGET OPERATIONS

The metallurgical properties of most coking coals decline when reviewed west across West Virginia, and into Kentucky.  The only Kentucky complexes that have sold met coal in the past include Pittston' Pond Creek in northern Pike County, James River's Pond Creek at McCoy Elkhorn, Chisolm's Pond Creek, and TECOs' Clintwood Elkhorn operations.



Case 09-07005-jl   Doc 252-4   Filed 08/23/10   Entered 08/23/10 23:29:59   Desc
Continuation of Main Document Exh E   Page 4 of 8
*Overview of Sales Potential for Alma Energy's Acquisition Targets*

We believe that any remaining Pond Creek reserves could be sold to domestic cokemakers. The Williamson in eastern Kentucky could be viable as a coking coal product, although it can have undesirably high sulfur content.

## EASTERN KENTUCKY COAL QUALITY

Market interest in Eastern Kentucky high-vol production has been modest domestically. U.S. Steel generally looks for coals with reflectance values greater than 1.03. Their long-term interest in the Kentucky high-vols is lukewarm. However, during the recent shortage, any coking coals could be sold on a spot basis. This is changing now as the supply to demand ratio increases.

Algoma uses a three tier scale to broadly rank high-vol coals. Those with reflectance values over 1.01 are considered Grade A, those between 0.95 and 1.01 are Grade B and coals with values under 0.95 are Grade C. Most eastern Kentucky HV coals fall into Grade C using this scale.

U.S. Steel/National uses two types of high-vol coals; one with very good plastic properties – like a Marfork (Eagle or Eagle/Powellton seam blend) product and one with lesser Arnu values similar to Mingo Logan. Most eastern Kentucky high-vol coals are similar to the Mingo Logan coal.

North American coke makers use about 15.2 million tons of high-vol coal annually. About 11.5 million tons (or 75%) of this tonnage would be characterized as strong coking coal. The remaining 3.7 million tons of coking coal would have lower reflectance values and weaker coking characteristics. Some of the coking coals in eastern Kentucky would be considered weaker coking coals. Figure 2 shows the volumes of weak HV coal purchased by cokemakers in North America.

The U.S. Steel purchases were used at Granite City, Clariton and Gary. Figure 3 shows the sources of the weak coking coals used in North America.

The traditional domestic sources of this type of coal are dominated by Arch's Mingo Logan mine in southern West Virginia and Murray's High Quality Mine in south western Pennsylvania (which is now closed).

## 2007 DOMESTIC MET COAL SETTLEMENTS

Nearly all domestic settlements for coking coal deliveries for calendar year 2007 have been completed. The price ranges for these agreements are summarized in Figure 4.



◆————————◆ *Overview of Sales Potential for Alma Energy's Acquisition Targets* ◆————————◆

**Figure 2**
**Domestic Purchasers of Weak HV**



**Figure 3**
**Domestic Sources of Weak HV**



HILL & ASSOCIATES INC.

◆————————◆ *Overview of Sales Potential for Alma Energy's Acquisition Targets* ◆————————◆

**Figure 4**
**2007 Domestic Met Settlements**
**Mine Price - $/Short Ton**



The strong high-vols, such as Massey's Marfork product, earn a $4 premium over lower quality high-vol coals. Also of note, low-vol coals with high oven pressures (H PSI), took a $7 per ton discount compared to low-vol coals with low oven pressures (L PSI). The following table translates those costs into their equivalent price at the port for comparison with export prices.

**Figure 5**
**2007 Domestic Met Settlements**
**Equivalent Price at Port - $/Metric Ton**



**DOMESTIC PRICES GOING FORWARD**

We believe that the current price for high-vol coals from Point Rock and Rawl are about $69 per ton. Our best estimate for the current price of the met coal at Appalachian Fuel's Min Inc property is about $70. All three operations have a history of selling met coal. Most of the met coal from Rawl was mined from the Alma seam and exported to Canada.

HILL & ASSOCIATES INC.

Case 09-07005-jl    Doc 252-4    Filed 08/23/10    Entered 08/23/10 23:29:59    Desc
Continuation of Main Document Exh E    Page 7 of 8
◆━━━━◆ *Overview of Sales Potential for Alma Energy's Acquisition Targets* ◆━━━━◆

Currently we are still seeing high prices that reflect the panic driven by the global coking coal shortage of 2004-2005.  By the end of the decade, we expect prices to gradually decline to levels about $60 to $65 per ton.

## EXPORT VERSUS DOMESTIC PRICES

Traditionally, better quality coals were reserved for domestic use and commanded a higher price as shown in Figure 6.



**Figure 6**
**Domestic and Export Coking Coal Prices**
**Tracked Each Other Until 2005**

However, this relationship was up-ended in 2004 and 2005, when Asian demand increased and the international prices skyrocketed.  In 2005, export prices, heavily influenced by high-priced spot sales to Japan and India, earned a premium of $48.50 per short ton over average domestic sales.

## STOKER COAL

In order to make stoker coal, it is necessary to have a relatively hard coal (low HGI number).  Generally, HGI values for coals decrease to the southwest in the Appalachian Coalfields.  Therefore most of the better candidates for supplying this market are in southeastern Kentucky and the western edge of southern West Virginia.  Without looking at actual quality data for the three target properties, we would assume that each of these would be capable of making stoker coal.  Massey has previously sold stoker coal from the Rawl complex.

Table 1 shows operations in the region that either currently sell stoker coal or have the capability to make stoker coal.

HILL & ASSOCIATES INC.

Case 09-07005-jl  Doc 252-4  Filed 08/23/10  Entered 08/23/10 23:29:59  Desc
Continuation of Main Document Exh E  Page 8 of 8
◆——————◆ *Overview of Sales Potential for Alma Energy's Acquisition Targets* ◆——————◆

**Table 1**

| STOKER PRODUCERS IN CENTRAL APPALACHIA | | |
|---|---|---|
| **Company** | **Producer** | **Comments** |
| Alliance | MC Minig | Have stoker curcuit listed |
| Alpha | Diamond May | |
| Alpha | Kentucky May | Stoker stockpiles mentioned in Air Permit, also in KY directory |
| CAM | Chapperal | Moving production to Sidewinder, may not still make stoker |
| CAM | Sidewinder | |
| James River | Bell County | |
| James River | Bledsoe | |
| James River | Blue Diamond | |
| James River | Leeco | |
| James River | Company-wide projection for 2005 | 800,000 tons |
| Massey | Elk Run | 200 TRPH Stoker plant |
| Massey | Martin County | Small amount?? Plant men ioned with big spill |
| Massey | Rawl | Rawl and Sidney plants are set up fto do stoker, Long Fork isn't |
| Massey | Sidney | About 360,000 in 2004? |
| Nally & Hamilton | Nally & Hamilton | 100% stoker |
| Pine Branch | Pine Branch | 40 car Chavies loadout dedicated for stoker |
| Specialty Coal | Gatliff | Did significant, Norwegians bought from TECO |
| TECO | Perry County Coal | |
| TECO | Premier Elkhorn | |
| Wash Ridge | Wash Ridge | Air Quality Permit for stoker plant issued |
| | | Many of the docks on the Big Sandy list the capability to stoker coal |

## STOKER COAL PRICES

A few years ago, stoker coal prices averaged about $50 per ton. As the price of met coal and other commodities increased, the price for stoker coal increased as well. In 2004 and 2005, the price for stoker coal with 8% ash, 1% sulfur and 1-¼" x ¼" size consist reached the mid $80s. However, as met coal and steam coal prices began to soften, stoker prices also dropped. Currently the same quality stoker coal has fallen about $10 per ton to around $70 to $75 per ton.

## STOKER COAL PRICE DRIVERS AND EXPECTATIONS

Stoker coal demand rides directly with the expectations and trends for manufacturing. The economy expanded at an annual rate of 2.6% in the second quarter after a 5.6% pace in the first three months of 2006. A survey by Bloomberg in early September estimated the economy will expand through the first half of 2007 at about the same pace as it did in the second quarter of 2006.

Falling sales of cars and light trucks spurred plans for second-half production cuts at Ford Motor Co., General Motors Corp. and DaimlerChrysler AG's Chrysler unit. These cutbacks will limit manufacturing and the economy, economists said. Manufacturers tied to the housing industry are also feeling the pinch.

Overall these observations point toward continued softening in this market. We expect to see stoker prices gradually fall to $55 to $60 by the end of the decade. Keep in mind that given the exact use and quality specification, there can be a wide range of prices. Massey currently states that they have low-quality, high-sulfur stoker coal that only gets about $30 per ton.

HILL & ASSOCIATES INC.