*2007*

2007 Kentucky Coal Vent Sum

10/4/2007    KENTUCKY COAL VENTURE I LLC
             Peabody COALTRADE

| | 15% | | 19% | | 23% |
|---|---|---|---|---|---|
| 60.00 | 15% | 68.00 | 19% | 76.00 | 23% |
| 62.00 | 16% | 70.00 | 20% | 78.00 | 24% |
| 64.00 | 17% | 72.00 | 21% | 80.00 | 25% |
| 66.00 | 18% | 74.00 | 22% | 82.00 | 26% |

| | A | B | C (B/A) | D (B-L) | E | F (BXE) | G (F/A) | H | I (AXH) | J (G+I) | K | L (AXK) | M (B-J-L) | N (J+L+M) | O (B-N) | P | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Period Year 2007 | Tons | Gross Sales | Average Ton Price | Net Wire Amount | THC's % | THC's Portion | Per Ton Income | Section 3.2(a) | Sect 3.2(a) Amount | THC's Total | Peabody /Ton Amt | Peabody/Fees Deduction | Alma's Portion | Total Distributed | Variance | Wires Completed | |
| 12/28-01/03 | 907.97 | 42,660.06 | 46.98 | 42,660.06 | 15% | 6,399.00 | 7.05 | 0.50 | 453.99 | 6,852.99 | - | | 35,807.07 | 42,660.06 | - | 1/5/2007 | |
| 12/28-01/03 | 1,289.10 | 55,926.99 | 43.38 | 53,130.40 | 15% | 8,389.05 | 6.51 | 0.50 | 644.55 | 9,033.60 | 2.17 | 2,796.59 | 44,096.80 | 55,926.99 | - | 1/8/2007 | |
| 12/28-01/03 | 262.00 | 10,480.00 | 40.00 | 9,955.00 | 15% | 1,572.00 | 6.00 | 0.50 | 131.00 | 1,703.00 | 2.00 | 524.00 | 8,253.00 | 10,480.00 | FORFEITED | 1/8/2007 | |
| 01/04-01/10 | 365.33 | 16,242.92 | 44.46 | 16,242.92 | 15% | 2,436.44 | 6.67 | 0.50 | 182.67 | 2,619.11 | - | | 13,623.81 | 16,242.92 | - | 1/11/2007 | Alma Will Pay |
| 01/04-01/11 | 992.39 | 44,121.65 | 44.46 | 44,121.65 | 15% | 6,618.25 | 6.67 | 0.50 | 496.20 | 7,114.44 | - | | 37,007.21 | 44,121.65 | - | 1/12/2007 | Alma Will Pay |
| 01/11-01/17 | 614.66 | 24,881.50 | 40.48 | 24,881.60 | 15% | 3,732.23 | 6.07 | 0.50 | 307.33 | 4,039.56 | - | | 20,841.95 | 24,881.50 | - | 1/18/2007 | Alma Will Pay |
| 01/11-01/17 | 1,029.53 | 41,969.50 | 40.77 | 39,871.03 | 15% | 6,295.44 | 6.11 | 0.50 | 514.77 | 6,810.20 | 2.04 | 2,098.47 | 33,060.83 | 41,969.50 | - | 1/23/2007 | |
| 01/18-01/24 | 557.63 | 23,216.11 | 41.63 | 23,216.11 | 15% | 3,482.42 | 6.25 | 0.50 | 278.82 | 3,761.23 | - | | 19,454.88 | 23,216.11 | - | 1/25/2007 | Alma Will Pay |
| 01/18-01/24 | 147.26 | 7,510.26 | 51.00 | 7,134.75 | 15% | 1,126.54 | 7.65 | 0.50 | 73.63 | 1,200.17 | 2.55 | 375.51 | 5,934.58 | 7,510.26 | - | 1/26/2007 | |
| 01/18-01/24 | 898.05 | 45,625.58 | 50.81 | 39,923.37 | 15% | 6,843.84 | 7.62 | 0.50 | 449.03 | 7,292.86 | 6.35 | 5,702.21 | 32,630.51 | 45,625.58 | - | 1/29/2007 | |
| 01/18-01/24 | 174.62 | 7,826.13 | 44.82 | 7,434.82 | 15% | 1,173.92 | 6.72 | 0.50 | 87.31 | 1,261.23 | 2.24 | 391.31 | 6,173.59 | 7,826.13 | - | 1/30/2007 | |
| 01/25-01/31 | 43.36 | 2,211.36 | 51.00 | 2,100.79 | 15% | 331.70 | 7.65 | 0.50 | 21.68 | 353.38 | 2.55 | 110.57 | 1,747.41 | 2,211.36 | - | 2/2/2007 | |
| 01/25-01/31 | 414.21 | 21,124.71 | 51.00 | 20,068.47 | 15% | 3,168.71 | 7.65 | 0.50 | 207.11 | 3,375.81 | 2.55 | 1,056.24 | 16,692.66 | 21,124.71 | - | 2/2/2007 | |
| 02/01-02/07 | 245.80 | 12,535.80 | 51.00 | 11,909.01 | 15% | 1,880.37 | 7.65 | 0.50 | 122.90 | 2,003.27 | 2.55 | 626.79 | 9,905.74 | 12,535.80 | - | 2/9/2007 | |
| 02/01-02/07 | 615.82 | 31,406.82 | 51.00 | 29,836.48 | 15% | 4,711.02 | 7.65 | 0.50 | 307.91 | 5,018.93 | 2.55 | 1,570.34 | 24,817.55 | 31,406.82 | - | 2/16/2007 | |
| 02/08-02/14 | 122.73 | 6,259.23 | 51.00 | 5,946.27 | 15% | 938.88 | 7.65 | 0.50 | 61.37 | 1,000.25 | 2.55 | 312.96 | 4,946.02 | 6,259.23 | - | 2/20/2007 | |
| 02/08-02/14 | 229.27 | 11,692.77 | 51.00 | 11,108.13 | 15% | 1,753.92 | 7.65 | 0.50 | 114.64 | 1,868.55 | 2.55 | 584.64 | 9,239.58 | 11,692.77 | - | 2/20/2007 | |
| 02/15-02/21 | No Coal | | | | | | | 0.50 | | | | | | - | | | |
| 02/22-02/28 | 1,997.86 | 99,893.00 | 50.00 | | 15% | | | 0.50 | | | | | | - | 99,893.00 | | ADV ON COAL |
| 02/22-02/28 | 1,629.22 | 81,461.00 | 50.00 | | 15% | | - | 0.50 | | | | | - | - | 81,461.00 | | ADV ON COAL |
| 03/01-03/07 | 479.48 | 23,974.00 | 50.00 | | 15% | | - | 0.50 | | | | | - | - | 23,974.00 | | ADV ON COAL |
| 03/01-03/07 | 866.33 | 43,316.50 | 50.00 | | 15% | | - | 0.50 | | | | | - | - | 43,316.50 | | ADV ON COAL |
| 03/08-03/14 | 1,159.95 | 57,975.00 | 49.98 | | 15% | | - | 0.50 | | | | | - | - | 57,975.00 | | ADV ON COAL |
| 03/15-03/21 | 1,220.03 | 61,001.72 | 50.00 | | 15% | | - | 0.50 | | | | | - | - | 61,001.72 | | ADV ON COAL |
| 03/22-03/28 | 1,006.94 | 50,347.00 | 50.00 | | 15% | | - | 0.50 | | | | | - | - | 50,347.00 | | ADV ON COAL |
| 03/29-04/04 | 141.07 | 7,000.00 | 49.62 | | 15% | | - | 0.50 | | | | | - | - | 7,000.00 | | ADV ON COAL |
| 04/05-04/11 | 538.77 | 16,540.24 | 30.70 | | 15% | | - | 0.50 | | | | | - | - | 16,540.24 | | ADV ON COAL |
| 04/05-04/11 | 220.00 | 11,000.00 | 50.00 | | 15% | | - | 0.50 | | | | | - | - | 11,000.00 | | ADV ON COAL |
| 04/12-04/18 | 2,620.73 | 121,751.26 | 46.46 | | 15% | | - | 0.50 | | | | | - | - | 121,751.26 | | ADV ON COAL |
| 04/19-04/25 | 917.99 | 89,102.76 | 97.06 | | 15% | | - | 0.50 | | | | | - | - | 89,102.76 | | ADV ON COAL |
| 04/05-04/11 | 395.07 | 20,148.57 | 51.00 | 19,141.14 | 15% | 3,022.29 | 7.65 | 0.50 | 197.54 | 3,219.82 | 2.55 | 1,007.43 | 15,921.32 | 20,148.57 | - | 4/13/2007 | |
| 04/12-04/18 | 130.93 | 2,224.98 | 16.99 | 1,912.75 | 15% | 333.75 | 2.55 | 0.50 | 65.47 | 399.21 | 2.38 | 312.23 | 1,513.54 | 2,224.98 | - | 4/20/2007 | |
| 04/26-05/02 | 1,018.68 | 51,952.68 | 51.00 | 49,355.04 | 15% | 7,792.90 | 7.65 | 0.50 | 509.34 | 8,303.25 | 2.55 | 2,597.64 | 41,051.79 | 51,952.68 | - | 5/4/2007 | |
| 05/03-05/09 | 535.13 | 27,291.63 | 51.00 | 25,927.05 | 15% | 4,093.74 | 7.65 | 0.50 | 267.57 | 4,361.31 | 2.55 | 1,364.58 | 21,565.74 | 27,291.63 | - | 5/9/2007 | |
| 05/06-05/07 | 583.72 | 12,703.10 | 21.76 | 11,387.65 | 15% | 1,905.47 | 3.26 | 0.50 | 291.86 | 2,197.33 | 2.25 | 1,315.43 | 9,190.35 | 12,703.10 | - | 5/11/2007 | |
| 05/10-05/16 | 669.32 | 31,313.36 | 46.78 | 29,747.69 | 15% | 4,697.00 | 7.02 | 0.50 | 334.66 | 5,031.66 | 2.34 | 1,565.67 | 24,716.03 | 31,313.36 | - | 5/16/2007 | |
| 05/10-05/16 | 367.08 | 16,889.49 | 46.01 | 16,045.01 | 15% | 2,533.42 | 6.90 | 0.50 | 183.54 | 2,716.96 | 2.30 | 844.48 | 13,328.05 | 16,889.49 | - | 5/18/2007 | |
| 05/17-05/23 | 221.09 | 10,677.07 | 48.29 | 10,143.22 | 15% | 1,601.56 | 7.24 | 0.50 | 110.55 | 1,712.11 | 2.41 | 533.85 | 8,431.11 | 10,677.07 | - | 5/25/2007 | |
| 05/24-05/30 | No Coal | | | | | | | | | | | | | - | | | |
| 05/31-06/06 | 1,103.01 | 54,960.71 | 49.83 | 52,212.56 | 15% | 8,244.11 | 7.47 | 0.50 | 551.51 | 8,795.61 | 2.49 | 2,748.15 | 43,416.95 | 54,960.71 | - | 6/14/2007 | |
| 06/07-06/13 | 1,139.96 | 57,797.00 | 50.70 | 54,907.20 | 15% | 8,669.55 | 7.61 | 0.50 | 569.98 | 9,239.53 | 2.54 | 2,889.80 | 45,667.67 | 57,797.00 | - | 6/21/2007 | |
| 06/14-06/20 | 1,153.63 | 57,858.92 | 50.15 | 54,966.19 | 15% | 8,678.84 | 7.52 | 0.50 | 576.82 | 9,255.66 | 2.51 | 2,892.73 | 45,710.53 | 57,858.92 | - | 6/28/2007 | |
| 06/21-06/27 | 508.31 | 21,348.98 | 42.00 | 21,348.98 | 15% | 3,202.35 | 6.30 | 0.50 | 254.16 | 3,456.51 | - | - | 17,892.47 | 21,348.98 | - | 6/29/2007 | |
| 06/21-06/27 | 166.85 | 7,007.77 | 5.50 | | 15% | 1,051.17 | 6.30 | 0.50 | 83.43 | 1,134.60 | - | - | 5,873.17 | | 7,007.77 | | Hampden Paid Trucker |
| 06/28-07/04 | 155.89 | 8,772.10 | 42.00 | 6,547.40 | 15% | 1,315.82 | 8.44 | 0.50 | 77.95 | 1,393.77 | - | - | 5,153.63 | 6,547.40 | 2,224.70 | | Hampden Paid Trucker |
| 07/05-07/11 | 237.06 | 12,943.90 | 42.00 | 9,956.52 | 15% | 1,941.59 | 8.19 | 0.50 | 118.53 | 2,060.12 | - | - | 7,896.40 | 9,956.52 | 2,987.38 | | Hampden Paid Trucker |
| • Eagle Coal | 75.29 | 3,237.50 | 43.00 | | 15% | 485.63 | 6.45 | 0.50 | 37.65 | 523.27 | - | - | 2,714.23 | | | | |
| ▸ Record | 206.21 | 2,536.39 | 12.30 | 2,536.39 | 15% | 380.46 | 1.85 | 0.50 | 103.11 | 483.56 | - | - | 2,052.83 | | | | |
| | 44.54 | 2,271.74 | 51.00 | 2,271.74 | 15% | 340.76 | 7.65 | 0.50 | 22.27 | 363.03 | - | - | 1,908.71 | | | | |
| | 5,328.90 | 359,690.75 | 67.50 | 359,690.75 | 15% | 53,953.61 | 10.12 | 0.50 | 2,664.45 | 56,618.06 | 0.51 | 2,717.74 | 300,354.95 | | | | Tonawanda Coke |
| | 4,993.58 | 389,498.85 | 78.00 | 389,498.85 | 15% | 58,424.83 | 11.70 | 0.50 | 2,496.79 | 60,921.62 | 0.78 | 3,894.99 | 324,682.24 | | | | ABC |
| Totals | 40,742.36 | 2,220,179.36 | | 1,510,375.49 | | 233,522.54 | | | 13,971.99 | 247,495.59 | | 40,834.35 | 1,263,274.85 | 787,361.80 | 675,582.33 | | |

Hampden    Wire received 6/29/07

cc: Cookie, Steve, Gerry, Kathy, Sharon

2007 Kentucky Coal Venture

**JONES, WALTERS, TURNER & SHELTON PLLC**
208 Second Street - P.O. Box 1167
Pikeville, Kentucky 41502

Pikeville Office:
Paul E. Jones
Terri Smith Walters
E. Lee Jones
Todd P. Kennedy

(606) 433-1167 - Fax (606) 433-0180

Tax I.D. #61-1390838

December 18, 2006

Lexington Office:
Walter W. Turner
Billy R. Shelton
W. Gerald Vanover

Owensboro Office:
Of Counsel:
Dwight T. Lovan

WEH          JNF     [initials]

Halle Companies
2900 Linden Lane
Silver Springs, MD 20910

DEC 20 2006 200

For Services Rendered
10/1/2006 -- 11/30/2006

In Reference To: Halle Companies
Agreement with Alma Energy -    *DARRELL WILLIAMS Co*
Our File No. 06-S-34     *PARTNER TO KCV I + THE KCYI*

Invoice # 39698

Professional Services *10/2/06 - 11/30/06 = $14,677.35*

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| *LAST BILL THRU 9/29/06* ✓ | | *SHELTON* | | |
| | 10/2/2006 BS | Long distance calls to Darrell Williams and Don Cooke to discuss Agreement. | 0.50 175.00/hr | 87.50 |
| | 10/3/2006 BS | Conference with Darrell Williams and Terry Potter at Central Appalachia Mining to discuss various issues and lease possibilities; Long distance calls to Eddie Delong, Warren Halle and Steve Fleischman to discuss Tri-Star Mine. | 5.00 175.00/hr | 875.00 |
| | BS | Long distance calls to Darrell Williams and Don Cooke at Appalachian Fuels to discuss Permit Agreement. | 0.40 175.00/hr | 70.00 |
| | BS | Telephone call to Terry Coleman to discuss point rock tipple and Tri-Star Mine. | 0.40 175.00/hr | 70.00 |
| | 10/4/2006 BS | Conference with representatives of Guyan Realty Co. and Home for Appalachia to discuss coal property in Logan, W.VA. | 6.00 175.00/hr | 1,050.00 |
| | BS | Conference with Don Cooke to discuss Permit Agreement; Long distance call to Darrell Williams. | 1.00 175.00/hr | 175.00 |
| | 10/5/2006 BS | Modifications to Permit Agreement between Appalachian Fuels and Nathan's Welding; Long distance calls to Darrell Williams and Don Cooke to discuss Modifications. | 2.50 175.00/hr | 437.50 |
| | 10/9/2006 BS | Long distance calls to Tilden Trent and Darrell Williams to discuss Agreement. | 0.50 175.00/hr | 87.50 |
| | 10/11/2006 BS | Long distance calls to Darrell Williams and David Johnson to discuss pending revision to Permit #898-5758. | 0.40 175.00/hr | 70.00 |

Halle Companies                                                                                   Page    3

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 10/25/2006 | BS | Meeting with Appalachian Fuels to discuss Min, Inc. property in Mingo County, W. VA; Review of maps. | 2.00 175.00/hr | 350.00 |
| 10/26/2006 | BS | Long distance calls to Tilden Trent and Darrell Williams to discuss Min, Inc. property. | 0.50 175.00/hr | 87.50 |
|  | BS | Long distance call to Bernie Mason to schedule a meeting to discuss Min, Inc. property. | 0.30 175.00/hr | 52.50 |
| 11/9/2006 | BS | Meeting with Tony Huff in Pikeville to discuss Money Branch Property; Conference with Appalachian Fuels to discuss W. VA property; Long distance calls to and from Dan Dahill at Homes for Appalachia to discuss Logan property. | 6.50 175.00/hr | 1,137.50 |
| 11/10/2006 | BS | Long distance call to Bob Vanhoose and Darrell Williams to discuss Appalachian Fuels property in W. VA. | 0.50 175.00/hr | 87.50 |
|  | BS | Meeting with Appalachian Fuels in Ashland, KY; Conference with Darrell Williams before and after the meeting; Review of documents. | 8.00 175.00/hr | 1,400.00 |
| 11/15/2006 | BS | Receipt and review of CD's regarding Appalachian Fuels Mining, Inc. and Mine 21 properties; Long distance calls to Bernie Mason and Darrell Williams to discuss. | 4.00 175.00/hr | 700.00 |
| 11/16/2006 | BS | Long distance calls to Warren Halle and Darrell Williams to discuss Appalachian Fules, Min. Inc. property. | 0.50 175.00/hr | 87.50 |
|  | BS | Receipt and review of documents from Appalachian Fuels regarding Permit Maps, reserve studies, bond summaries and other documents for Min, Inc. property. | 3.00 175.00/hr | 525.00 |
|  | BS | Long distance call to Terry Coleman to discuss Point Rock Facility. | 0.30 175.00/hr | 52.50 |
| 11/17/2006 | BS | Long distance calls to and from Darrell Williams, Paul Pinson and W. Halle to discuss Brokerage Agreement with East Equipment; Receipt and review of Brokerage Agreement. | 2.00 175.00/hr | 350.00 |
| 11/22/2006 | BS | Meeting with Terry Coleman to discuss Point Rock Tipple and Tri-Star Mine; Long distance calls to and from Darrell Williams to discuss. | 2.50 175.00/hr | 437.50 |
| 11/28/2006 | BS | Preparation of Draft Agreement with CAM Mining. | 5.00 175.00/hr | 875.00 |
| 11/30/2006 | BS | Preparation of Modificatons to Agreement with Cam. | 3.00 175.00/hr | 525.00 |
|  |  | For professional services rendered | 80.65 | $14,113.75 |



Halle Companies                                                                                         Page    2

| Date | | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 10/11/2006 | BS | Long distance calls to Dave Johnson at Division of Permits and Darrell Williams to discuss Revision to Permit #898-5758. | 0.50 175.00/hr | 87.50 |
| 10/12/2006 | BS | Conference with Clients in Pikeville to discuss projects. | 2.00 175.00/hr | 350.00 |
| 10/13/2006 | BS | Conference with Tony Huff to discuss Money Branch Lease. | 0.50 175.00/hr | 87.50 |
| | BS | Several long distance calls to and from Darrell Williams, Don Cooke and Greg Blackburn to discuss Permit Agreement. | 1.00 175.00/hr | 175.00 |
| 10/16/2006 | BS | Long distance calls to Don Cooke, Darrell Williams and Greg Blackburn to discuss Permit Agreement; Modifications to Agreement. | 2.50 175.00/hr | 437.50 |
| | BS | Receipt and review of e-mail from Terry Coleman regarding Point Rock Tipple and Tri-Star Mine; Long distance calls to Darrell Williams and Terry Coleman to discuss. | 1.25 175.00/hr | 218.75 |
| 10/17/2006 | BS | Long distance calls to Terry Coleman and Darrell Williams to discuss CAM Agreement. | 0.50 175.00/hr | 87.50 |
| | BS | Modification to Permit Agreement; Long distance calls to Greg Blackburn, Darrell Williams & Don Cooke to discuss Modifications. | 1.50 175.00/hr | 262.50 |
| 10/18/2006 | BS | Long distance calls to Darrell Williams and Don Cooke to discuss Permit Agreement. | 0.30 175.00/hr | 52.50 |
| | BS | Long distance calls to Darrell Williams and Greg Blackburn to discuss Permit Agreement. | 0.50 175.00/hr | 87.50 |
| 10/19/2006 | BS | Long distance calls to Client and Mike Branham to discuss payment issue. | 0.30 175.00/hr | 52.50 |
| | BS | Telephone calls to and from Darrell Williams, Tim Campoy and Warren Halle to discuss Logan, W Va. property. | 0.50 175.00/hr | 87.50 |
| | BS | Meeting with Department of Safety Mining Reclamation and Enforcement in Frankfort to discuss Netley Branch Permitting Issue. | 3.00 175.00/hr | 525.00 |
| 10/20/2006 | BS | Preparation of Draft Options Agreements for Guyan Realty and Homes for Appalachia; Telephone calls to and from Warren Halle and Darrell Williams to discuss case. | 3.50 175.00/hr | 612.50 |
| 10/24/2006 | BS | Conference with CAM in Pikeville; Conference with Darrell Williams prior to meeting. | 7.00 175.00/hr | 1,225.00 |
| | BS | Conference with Darrell Williams and representatives of Koch-Carbon to discuss projects and potential Brokerage Agreement. | 1.00 175.00/hr | 175.00 |

Halle Companies                                                                                          Page    4

    Additional Charges :

|  |  | Amount |
|---|---|---:|
| 10/3/2006 | Travel - Pikeville, KY (300 miles) *.43/MILE* | 129.00 |
| 10/4/2006 | Travel - Logan, W. VA (150 miles) *.41/mi* | 61.50 |
| 10/19/2006 | Travel - Frankfort, KY (60 miles) *.41/mi* | 24.60 |
| 10/24/2006 | Travel - Pikeville, KY (300 miles) | 123.00 |
| 11/9/2006 | Travel - Pikeville, KY (300 miles) | 123.00 |
| 11/10/2006 | Travel - Ashland, KY (250 miles) *.41* | 102.50 |
|  | *1360 mI* Total costs | $563.60 |
|  | Total amount of this bill | $14,677.35 |
|  | Previous balance | $6,143.19 |
| 11/10/2006 | Payment - thank you. Check No. 0000010 | ($5,705.69) |
| 11/10/2006 | Write off - duplicate charges | ($437.50) |
|  | Total payments and adjustments | ($6,143.19) |
|  | Balance due | $14,677.35 |

To ensure proper credit to your account, please make sure our file number is on your check. Thank you.