# AFFIDAVIT

Comes the Affiant, **Sid Young, III**, and after first being duly sworn, and hereby deposes and swears as follows:

1. That I was hired as Alma Energy's Project Manager to manage the Glen Alum Properties which were owned by West Virginia Coal Venture 1, LLC.

2. During my short stay there, I was asked to ride to Logan, West Virginia with Warren Halle and other employees of Warren Halle to look at some other coal properties owned by Warren Halle. During the ride there, they talked about how their plans for the property over the next months were going to put Alma Energy out of business and that I should go to work with them. The group of them opined that if I came on board with them, they would not need Alma nor would they have to pay the $1.65 per ton fee. I replied to them that I was not interested.

3. They further opined that they could stock pile Alma's Coal for a long time until some 3rd party coal was washed, and by dragging out Alma, then they would have no real obligation to pay Alma for the coal, and that not being paid in full would put Alma out of business.

4. Soon afterward it became crystal clear to me that the manager that Warren Halle had at Glen Alum, Ken Adamson, was not going to allow me or Alma to manage the property, and since he knew nothing about the coal business, I felt the project was doomed, Alma would soon be out of business, and our names would be sullied. I left at that point.

Further the affiant sayeth naught.

_____
SID YOUNG, III

**STATE OF KENTUCKY**

**COUNTY OF PIKE.....**

Subscribed and Sworn to and before me by SID YOUNG, III, this the _12th_ day of _July_, 2007.

My Commission Expires: _11/24/08_

_____
NOTARY PUBLIC