# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF KENTUCKY
# PIKEVILLE DIVISION

| | |
|---|---|
| **ALMA ENERGY, LLC** <br> Debtor | **CHAPTER 7** <br> **CASE NO. 07-70370** |
| **PHAEDRA SPRADLIN, Trustee for the Bankruptcy estate of Alma Energy, LLC and The Kentucky Coal Venture 1, LLC** <br> Plaintiffs, <br> v. <br> **PIKEVILLE ENERGY GROUP, LLC, et al.** <br> Defendants. | Adversary No. 09-7005 <br><br> **ATTORNEY'S LIEN IN FAVOR OF** <br> **THE GETTY LAW GROUP, PLLC** |

   **PLEASE TAKE NOTICE** that Richard A. Getty, as Managing Partner of The Getty Law Group, PLLC, former counsel for the Plaintiffs, hereby asserts an Attorney's Lien in favor of The Getty Law Group, PLLC against any proceeds awarded to Banner Industries of N.E., Inc., Gary J. Richard and Pikeville Energy Group, LLC in this matter, whether through Judgment or in settlement, pursuant to KRS 376.460.  Any checks written to the Banner Industries of N.E., Inc., Gary J. Richard and Pikeville Energy Group, LLC in settlement of their claims shall be made payable to the Banner Industries of N.E., Inc., Gary J. Richard and Pikeville Energy Group, LLC and to "The Getty Law Group, PLLC, counsel for the Banner Industries of N.E., Inc., Gary J. Richard and Pikeville Energy Group, LLC," and mailed to undersigned counsel.

        Respectfully submitted,

        /s/ Richard A. Getty
        RICHARD A. GETTY

        THE GETTY LAW GROUP, PLLC
        1900 Lexington Financial Center
        250 West Main Street
        Lexington, Kentucky  40507
        Telephone:  (859) 259-1900
        Facsimile:   (859) 259-1909
        E-Mail:  rgetty@gettylawgroup.com

        COUNSEL FOR BANNER INDUSTRIES
        OF N.E., INC., GARY J. RICHARD AND
        PIKEVILLE ENERGY GROUP, LLC

## **CERTIFICATE OF SERVICE**

      I hereby certify that the foregoing was served on the 29th day of January, 2013 electronically in accordance with the method established under this Court's CM/ECF Administrative Procedures and Standing Order upon all parties in the electronic filing system in this case and mailed postage pre-paid to the following:

Mr. Gary J. Richard
Banner Industries of N.E., Inc.
Pikeville Energy Group, LLC
One Industrial Drive
Danvers, Massachusetts  01923

Mr. Gary J. Richard
Banner Industries of N.E., Inc.
Pikeville Energy Group, LLC
3205 Grove Avenue
Richmond, Virginia  23221

        /s/ Richard A. Getty
        COUNSEL FOR BANNER INDUSTRIES
        OF N.E., INC., GARY J. RICHARD AND
        PIKEVILLE ENERGY GROUP, LLC

amsplds0022